# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Tharp, John J. | District Court, Northern District of Illinois | 05/14/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge (Active) | ☐ Nomination  Date  <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

United States District Court
Everett McKinley Dirksen United States Courthouse
219 S. Dearborn Street
Chicago, IL 60604

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Mayer Brown LLP |
| 2. | Co-Trustee | Trust #1 |
| 3. | Member | Law Fund Board, Northwestern University School of Law |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2012 | Mayer Brown LLP - Payment of remaining compensation due through June 1, 2012 (last day with firm; final amount payable in 2013) |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2012 | Mayer Brown LLP, Partnership Income (prior to judicial appointment) | $255,046.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Janus & Associates, salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Mayer Brown LLP | Reception following Investiture Ceremony | $2,619.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | United Pacific Life | Loan #1 | K |
| 2. | United Pacific Life | Loan #2 | K |
| 3. | JP Morgan Chase | Credit Card | K |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. American Funds EuroPacific Growth R6 Fund | A | Int./Div. | | | Sold | 10/19/12 | M | | |
| 2. AT&T (common stock) | D | Dividend | M | T | | | | | |
| 3. Bright Start 529 Plan Blended Age Based 18 Years | | None | K | T | | | | | |
| 4. CenterPoint Energy (common stock) | B | Dividend | K | T | | | | | |
| 5. Coca-Cola (common stock) | A | Dividend | K | T | | | | | |
| 6. Cohen & Steers Institutional Realty Shares | D | Dividend | | | Sold | 10/19/12 | N | | |
| 7. Columbia Strategic Investor Fund-Z | A | Dividend | J | T | | | | | |
| 8. DuPont (common stock) | B | Dividend | L | T | | | | | |
| 9. Fidelity Blue Chip Growth Fund | A | Dividend | K | T | | | | | |
| 10. Fidelity Independence Fund | A | Dividend | M | T | | | | | |
| 11. General Electric (common stock) | A | Dividend | K | T | | | | | |
| 12. Harley-Davidson (common stock) | A | Dividend | K | T | | | | | |
| 13. Hershey Foods (common stock) | B | Dividend | L | T | | | | | |
| 14. Home Depot (common stock) | A | Dividend | J | T | | | | | |
| 15. IBM (common stock) | C | Dividend | N | T | | | | | |
| 16. JP Morgan Chase Bank Accounts | A | Interest | N | T | | | | | |
| 17. Mayer Brown LLP Partnership Capital Account | C | Interest | | | Distributed | 06/01/12 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Mayer Brown LLP Partnership Retirement Plan (no control) | D | Interest | | | Distributed | 11/01/12 | O | | |
| 19. Merrill Lynch Bank Deposit Program | A | Interest | J | T | | | | | |
| 20. Northwestern Mutual Insurance Policies (Whole Life) | C | Dividend | M | T | | | | | |
| 21. Pfizer (common stock) | C | Dividend | L | T | | | | | |
| 22. Prudential Jennison Small Company Fund | A | Dividend | | | Sold | 10/19/12 | M | | |
| 23. Reliant Resources (common stock) (nka NRG Energy) | A | Dividend | J | T | | | | | |
| 24. United Pacific Life Ins. (Universal Life; no control) | D | Dividend | M | T | | | | | |
| 25. U.S. Savings Bonds | | None | K | T | | | | | |
| 26. Vanguard Dividend Growth Fund | A | Dividend | K | T | | | | | |
| 27. Vanguard Energy Fund | B | Dividend | K | T | | | | | |
| 28. Vanguard 500 Index Fund | A | Dividend | K | T | | | | | |
| 29. Vanguard Information Tech ETF | A | Dividend | K | T | | | | | |
| 30. Vanguard Institutional Index Fund | B | Dividend | | | Sold | 10/19/12 | M | | |
| 31. Vanguard International Value Fund | B | Int./Div. | M | T | | | | | |
| 32. Vanguard Long-Term Tax Exempt Bond Fund | B | Dividend | K | T | | | | | |
| 33. Vanguard S&P 500 Index Fund | C | Dividend | M | T | | | | | |
| 34. Vanguard Target Retirement 2025 Fund | A | Dividend | | | Sold | 10/19/12 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Walgreen Co. (common stock) | A | Dividend | K | T | | | | | |
| 36. Wal-Mart (common stock) | B | Dividend | K | T | | | | | |
| 37. Walt Disney (common stock) | B | Dividend | K | T | | | | | |
| 38. IRA #1 | C | Int./Div. | M | T | | | | | |
| 39. --Vanguard Total International Stock Index Fund | | | L | T | | | | | |
| 40. --Vanguard Total Stock Market Index Fund | | | L | T | | | | | |
| 41. --Vanguard Total Bond Market Index Fund | | | K | T | | | | | |
| 42. IRA #2 | A | Int./Div. | K | T | | | | | |
| 43. --Vanguard Total International Stock Index Fund | | | L | T | | | | | |
| 44. --Vanguard Total Stock Market Index Fund | | | L | T | | | | | |
| 45. --Vanguard Total Bond Market Index Fund | | | K | T | | | | | |
| 46. IRA #3 | B | Dividend | M | T | | | | | |
| 47. --Fidelity Magellan Fund | | | | | | | | | |
| 48. IRA #4 | A | Int./Div. | K | T | | | | | |
| 49. --500 Index Fund | | | | | | | | | |
| 50. IRA #5 | D | Int./Div. | P1 | T | Open | 10/22/12 | P1 | | |
| 51. --CIVIX - MFO Causeway Cap Mgmt Tr Intl Value FD Instl Cl | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --DFCEX - MFO DFA Invt. Dimensions Group Inc Emerging Mkts | | | | | | | | | |
| 53. --DFEVX - MFO DFA Emerging Markets Value | | | | | | | | | |
| 54. --DFITX - MFO DFA Invt Dimensions Group Inc Intl Real Estate | | | | | | | | | |
| 55. --DFREX - MFO DFA Invt Dimensions Group Inc. Real Estate | | | | | | | | | |
| 56. --DVY - MFC IShares TR Dow Jones Select Divid Index Fund | | | | | | | | | |
| 57. --GLD - MFC SPDR Gold TR Gold Shares | | | | | | | | | |
| 58. --GUNR - MFC Flexshares TR Morningstar Global Upstream NRIF | | | | | | | | | |
| 59. --HLMIX - MFO Harding Loevner FDS Inc. Intl Equity Portfolio | | | | | | | | | |
| 60. --NOMIX - MFB Northern Mid Cap Index Fund | | | | | | | | | |
| 61. --NORXX - MFB Northern Funds Money Market Fund | | | | | | | | | |
| 62. --NOSIX - MFB Northern Funds Stock Index Fund | | | | | | | | | |
| 63. --NSICX - MFB Northern Funds Small Cap Index Fund | | | | | | | | | |
| 64. --PHIYX - MFO Pimco Funds Pac Invt Mgmt Ser HY Instl CL | | | | | | | | | |
| 65. --PTTRX - MFO Pimco Funds Pac Invt Mgmt Ser Total Return FD | | | | | | | | | |
| 66. --TDTF - MFC Flexshares Tr IBOXX 5 Yr Tgt Duration TIPS Indx | | | | | | | | | |
| 67. Trust #1 | A | Dividend | K | T | | | | | |
| 68. --The Dreyfus Fund | | | | | Sold (part) | 03/01/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,000 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 05/29/12 | J | A | |
| 70. | | | | | Sold (part) | 07/12/12 | J | A | |
| 71.   Trust #2 | E | Dividend | O | T | | | | | |
| 72.   --Allstate (common) | | | | | | | | | |
| 73.   --American Electric Power (common) | | | | | | | | | |
| 74.   --Anadarko Petroleum (common) | | | | | | | | | |
| 75.   --AT&T (common) | | | | | | | | | |
| 76.   --Bank of America (common) | | | | | | | | | |
| 77.   --Beam, Inc.(common) | | | | | | | | | |
| 78.   --Blackrock Global Allocation C | | | | | | | | | |
| 79.   --BP Amoco (ADR) | | | | | | | | | |
| 80.   --Conoco Phillips (common) | | | | | | | | | |
| 81.   --Dow Chemical (common) | | | | | | | | | |
| 82.   --Duke Energy (common) | | | | | | | | | |
| 83.   --DuPont (common) | | | | | | | | | |
| 84.   --Exelon (common) | | | | | | | | | |
| 85.   --Exxon (common) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --Fortune Brands Home & Security (common) | | | | | | | | | |
| 87. --Heinz (common) | | | | | | | | | |
| 88. --Hershey (common) | | | | | | | | | |
| 89. --Ivy Asset Strategy | | | | | Buy (add'l) | 2/10/12 | J | | |
| 90. --JP Morgan Chase Cash Accounts | | | | | | | | | |
| 91. --Lincoln National Group (common) | | | | | | | | | |
| 92. --Merck (common) | | | | | | | | | |
| 93. --Monsanto (common) | | | | | | | | | |
| 94. --Pfizer (common) | | | | | | | | | |
| 95. --Phillips 66 (common) | | | | | | | | | |
| 96. --Spectra Energy (common) | | | | | | | | | |
| 97. --Walgreen's (common) | | | | | | | | | |
| 98. Trust #3 | D | Dividend | M | T | | | | | |
| 99. --3-M (common) | | | | | | | | | |
| 100. --Allstate (common) | | | | | | | | | |
| 101. --Bank of America (common) | | | | | | | | | |
| 102. --Dow Chemical (common) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. --Exelon (common) | | | | | | | | | |
| 104. --Exxon (common) | | | | | | | | | |
| 105. --IBM (common) | | | | | | | | | |
| 106. --JP Morgan Chase (common) | | | | | | | | | |
| 107. --JP Morgan Chase Cash Account | | | | | | | | | |
| 108. --Lincoln National Corp. (common) | | | | | | | | | |
| 109. --Pfizer (common) | | | | | | | | | |
| 110. --Sherwin Williams (common) | | | | | | | | | |
| 111. Trust #4 | E | Dividend | O | T | | | | | |
| 112. --3-M (common) | | | | | | | | | |
| 113. --Exxon Mobil (common) | | | | | | | | | |
| 114. --McDonald's (common) | | | | | | | | | |
| 115. --JP Morgan Chase Cash Account | | | | | | | | | |
| 116. Trust #5 | B | Int./Div. | M | T | | | | | |
| 117. --JP Morgan Chase Cash Account | | | | | | | | | |
| 118. --25% of Moles Family Partnership | | | | | | | | | |
| 119. ----Accentrue PLC Ireland | | | | | Sold | 2/27/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  ----ACE Ltd. (common) (Y) | | | | | | | | | |
| 121.  ----Aetna inc. (common) (Y) | | | | | | | | | |
| 122.  ----Agrium Inc. (common) (Y) | | | | | | | | | |
| 123.  ----Air Products & Chemicals Inc. (common) (Y) | | | | | | | | | |
| 124.  ----Alcon Inc. (common) (Y) | | | | | | | | | |
| 125.  ----Allergan Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 126.  ----Altria Group Inc. (common) | | | | | Sold | 07/16/12 | J | B | |
| 127.  ----Amazon.com Inc. (common) | | | | | Sold | 06/08/12 | J | B | |
| 128.  ----Ameriprise Financial Inc. (common) (Y) | | | | | | | | | |
| 129.  ----Anadarko Petroleum Corp. (common) | | | | | Sold | 07/16/12 | J | A | |
| 130.  ----Apple Inc. (common) | | | | | Sold (part) | 3/6/12 | J | B | |
| 131. | | | | | Sold (part) | 06/18/12 | J | C | |
| 132. | | | | | Sold (part) | 07/16/12 | K | D | |
| 133.  ----Arcelormittal-NY Registered (Y) | | | | | | | | | |
| 134.  ----Archer-Daniels-Midland Co. (common) (Y) | | | | | | | | | |
| 135.  ----Astrazeneca PLC (common) | | | | | Sold | 07/16/12 | J | A | |
| 136.  ----AT&T Inc. (common) | | | | | Sold | 07/16/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. ----Bank of America Corp. (common) (Y) | | | | | | | | | |
| 138. ----BB&T Corp. (common) (Y) | | | | | | | | | |
| 139. ----Bernstein Tax-Managed Int'l Portfolio | | | | | Sold | 07/16/12 | M | A | |
| 140. ----Berstein Emerging Markets Portfolio | | | | | Sold | 07/16/12 | K | D | |
| 141. ----Borg Warner Automotive (common) (Y) | | | | | | | | | |
| 142. ----Borg Warner Inc.(common) | | | | | Sold (part) | 4/20/12 | J | A | |
| 143. | | | | | Sold | 07/16/12 | J | A | |
| 144. ----BP PLC (Sponsored ADR) | | | | | Sold | 07/16/12 | J | A | |
| 145. ----Broadcom Corp. (common) | | | | | Sold (part) | 4/26/12 | J | A | |
| 146. | | | | | Sold | 06/18/12 | J | A | |
| 147. ----Bunge Ltd. (common) (Y) | | | | | | | | | |
| 148. ----Cablevision Systems Corp. (common) (Y) | | | | | | | | | |
| 149. ----Cameron International Corp. (common) (Y) | | | | | | | | | |
| 150. ----Carnival Corp. (common) (Y) | | | | | | | | | |
| 151. ----CB Richard Ellis Group Inc.-A | | | | | Sold | 07/09/12 | J | A | |
| 152. ----CBS Corp.--Class B Non-Voting (Y) | | | | | | | | | |
| 153. ----Celgene Corp. (common) | | | | | Sold | 2/27/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ]  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. ----Citrix Systems Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 155. ----Centrylink Inc. (common) | | | | | Sold (part) | 06/12/12 | J | A | |
| 156. | | | | | Sold | 07/16/12 | J | A | |
| 157. ----CF Industries Holdings Inc. (common) (Y) | | | | | | | | | |
| 158. ----Cimarex Energy Co. (common) (Y) | | | | | | | | | |
| 159. ----Cisco Systems Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 160. ----Citigroup Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 161. ----Cliffs Natural Resources Inc. (common) (Y) | | | | | | | | | |
| 162. ---CME Group Inc. (common) (Y) | | | | | | | | | |
| 163. ----CMS Energy Corp. (common) | | | | | Sold | 3/1/12 | J | A | |
| 164. ----Comcast Corp. (common) | | | | | Sold (part) | 06/12/12 | J | A | |
| 165. | | | | | Sold | 07/16/12 | J | A | |
| 166. ----Comerica Inc. (common) (Y) | | | | | | | | | |
| 167. ----Commercial Metals Co. (common) (Y) | | | | | | | | | |
| 168. ----Community Health Systems Inc. (common) (Y) | | | | | | | | | |
| 169. ----ConocoPhililips (common) (Y) | | | | | Sold (part) | 1/11/12 | J | A | |
| 170. ----Constellation Brands Inc. (common) | | | | | Sold | 5/15/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. ----Cooper Industries PLC (common) (Y) | | | | | | | | | |
| 172. ----Corning Inc. (common) | | | | | Sold | 5/24/12 | J | A | |
| 173. ----Costco Wholesale Corp. (common) (Y) | | | | | | | | | |
| 174. ----Covidien PLC (common) | | | | | Sold | 07/16/12 | J | A | |
| 175. ----Credit Suisse Group-Spon ADR (Y) | | | | | | | | | |
| 176. ----Danaher Corp. (common) | | | | | Sold | 07/16/12 | J | B | |
| 177. ----Dean Foods Co. (common) (Y) | | | | | | | | | |
| 178. ----Deere & Co. (common) (Y) | | | | | | | | | |
| 179. ----Dell Inc. (common) | | | | | Sold | 2/21/12 | J | A | |
| 180. ----Delta Airlines Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 181. ----Deutsche Bank AG-Registered (Y) | | | | | | | | | |
| 182. ----Devon Energy Corp. (common) | | | | | Sold | 06/27/12 | J | A | |
| 183. ----DirecTV (common) | | | | | Sold | 06/12/12 | J | A | |
| 184. ----Dollar General Corp. (common) | | | | | Sold | 07/16/12 | J | A | |
| 185. ----Dow Chemical Co. (common) | | | | | Sold | 3/27/12 | J | A | |
| 186. ----Dover Corp. (common) (Y) | | | | | | | | | |
| 187. ----DTE Energy Co. (common) (Y) | | | | | Sold (part) | 3/26/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  ----Du Pont (common) (Y) | | | | | | | | | |
| 189.  ----Eaton Corp. (common) (Y) | | | | | | | | | |
| 190.  ----EMC Corp Mass. (common) | | | | | Sold | 06/18/12 | J | B | |
| 191.  ----EOG Res. Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 192.  ----Estee Lauder Companies Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 193.  ----Emerson Electric Co. (common) | | | | | Sold | 07/16/12 | J | A | |
| 194.  ----Edison International (common) (Y) | | | | | | | | | |
| 195.  ----Ensco PLC-Spon ADR (Y) | | | | | | | | | |
| 196.  ----EOG Resources Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 197.  ----Express Scripts Inc. (common) | | | | | Sold | 5/17/12 | J | A | |
| 198.  ----Exxon Mobil Corp. (common) | | | | | Sold | 07/16/12 | J | A | |
| 199.  ----FedEx Corp. (common) (Y) | | | | | | | | | |
| 200.  ----Fifth Third Bancorp. (common) (Y) | | | | | | | | | |
| 201.  ----Flowserve Corp. (common) | | | | | Sold (part) | 4/19/12 | J | A | |
| 202. | | | | | Sold | 06/29/12 | J | A | |
| 203.  ----FMC Technologies Inc. (common) | | | | | Sold | 5/17/12 | J | A | |
| 204.  ----Ford Motor Co. (common) (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  ----Franklin Resources Inc. (common) (Y) | | | | | | | | | |
| 206.  ----Freeport-McMoran Copper (common) | | | | | Sold | 6/1/12 | J | A | |
| 207.  ----Gannett Co. Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 208.  ----Gap Inc. (common) (Y) | | | | | | | | | |
| 209.  ----Garmin Ltd. (common) (Y) | | | | | | | | | |
| 210.  ----General Electric Co. (common) | | | | | Sold | 07/16/12 | J | A | |
| 211.  ----General Mills Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 212.  ----General Motors Co. (common) | | | | | Sold | 07/16/12 | J | A | |
| 213.  ----Gilead Sciences Inc. (common) | | | | | Sold (part) | 5/17/12 | J | A | |
| 214. | | | | | Sold | 07/16/12 | J | B | |
| 215.  ----Goldman Sachs (common) | | | | | Sold (part) | 3/16/12 | J | A | |
| 216. | | | | | Sold | 06/21/12 | J | A | |
| 217.  ----Goodrich Corp. (common) | | | | | Sold | 07/16/12 | J | A | |
| 218.  ----Google Inc. (common) | | | | | Sold (part) | 06/18/12 | J | B | |
| 219. | | | | | Sold | 07/16/12 | J | B | |
| 220.  ----Harley Davidson Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 221.  ----HCA Holdings Inc. (common) (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. ----Health Net Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 223. ----Hess Corp. (common) (Y) | | | | | | | | | |
| 224. ----Hewlett-Packarad Co. (common) | | | | | Sold | 07/16/12 | J | A | |
| 225. ----Home Depot Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 226. ----Honeywell International Inc. (common) (Y) | | | | | | | | | |
| 227. ----Illinois Tool Works (common) (Y) | | | | | | | | | |
| 228. ----Ingersoll Rand PLC (common) (Y) | | | | | | | | | |
| 229. ----Intel Corp. (common) (Y) | | | | | | | | | |
| 230. ----Intuit Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 231. ----J.C. Penney Co. Inc. (common) (Y) | | | | | | | | | |
| 232. ----Johnson Controls Inc. (common) | | | | | Sold | 2/13/12 | J | A | |
| 233. ----Johnson & Johnson (common) | | | | | Sold (part) | 06/22/12 | J | A | |
| 234. | | | | | Sold | 07/16/12 | J | A | |
| 235. ----JPMorgan Chase & Co. (common) | | | | | Sold (part) | 5/31/12 | J | A | |
| 236. | | | | | Sold (part) | 06/26/12 | J | A | |
| 237. | | | | | Sold | 07/16/12 | J | A | |
| 238. ----Juniper Networks Inc. (common) (Y) | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. ----Kimberly-Clark Corp. (common) | | | | | Sold | 07/16/12 | J | A | |
| 240. ----KLA-Tencor Corp. (common) (Y) | | | | | | | | | |
| 241. ----Kohls Corp. (common) (Y) | | | | | | | | | |
| 242. ----Kroger Co. (common) | | | | | Sold | 07/16/12 | J | A | |
| 243. ----Las Vegas Sands Corp. (common) | | | | | Sold | 07/16/12 | J | A | |
| 244. ----Lear Corp. (common) | | | | | Sold | 07/16/12 | J | A | |
| 245. ----Limited Brands Inc. (common) | | | | | Sold | 1/10/12 | J | A | |
| 246. ----Lorillard Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 247. ----Lowes Companies Inc. (common) | | | | | Sold | 2/8/12 | J | A | |
| 248. ----Lyondellbasell Indstries (common) | | | | | Sold | 07/16/12 | J | A | |
| 249. ----Macy's Inc. (common) (Y) | | | | | | | | | |
| 250. ----Marathon Oil Corp. (common) | | | | | Sold (part) | 1/10/12 | J | A | |
| 251. | | | | | Sold | 06/15/12 | J | A | |
| 252. ----Marathon Petroleum Corp. (common) | | | | | Sold | 07/16/12 | J | B | |
| 253. ----Marvell Technology Group Ltd. (common) | | | | | Sold | 07/16/12 | J | A | |
| 254. ----McGraw Hill Companies Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 255. ----Medco Health Solutions Inc. (common) (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. ----Merck & Co. Inc. (common) (Y) | | | | | | | | | |
| 257. ----MetLife Inc. (common) (Y) | | | | | | | | | |
| 258. ----Micron Technology Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 259. ----Microsoft Corp. (common) | | | | | Sold | 07/16/12 | J | A | |
| 260. ----Monsanto Co. (common) | | | | | Sold (part) | 5/30/12 | J | A | |
| 261. ----Moody's Corp. (common) | | | | | Sold (part) | 4/9/12 | J | A | |
| 262. | | | | | Sold | 07/16/12 | J | A | |
| 263. ----Morgan Stanley (common) | | | | | Sold | 07/16/12 | J | A | |
| 264. ----Motorola Inc. (common) (Y) | | | | | | | | | |
| 265. ----Motorola Solutions Inc. (common) (Y) | | | | | | | | | |
| 266. ----Nabors Industries Ltd. (common) (Y) | | | | | | | | | |
| 267. ----Netflix Inc. (common) (Y) | | | | | | | | | |
| 268. ----Newfield Exploration Co. (common) (Y) | | | | | | | | | |
| 269. ----News Corp. (common) (Y) | | | | | | | | | |
| 270. ----Nexen Inc. (common) (Y) | | | | | | | | | |
| 271. ----Noble Energy Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 272. ----Nokia Corp-Spon ADR (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. ----Northrop Grumman Corp. (common) | | | | | Sold | 07/16/12 | J | A | |
| 274. ----NV Energy Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 275. ----NVR Inc. (common) (Y) | | | | | | | | | |
| 276. ----Occidental Petroleum Corp. (common) (Y) | | | | | | | | | |
| 277. ----Oracle Corp. (common) | | | | | Sold | 06/19/12 | J | A | |
| 278. ----Parker Hannifan Corp. (common) (Y) | | | | | | | | | |
| 279. ----Pepsico Inc. (common) (Y) | | | | | | | | | |
| 280. ----Pfizer Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 281. ----Polo Ralph Lauren Corp. (common) (Y) | | | | | | | | | |
| 282. ----Potash Corp. of Saskatchewan (common) | | | | | Sold (part) | 4/25/12 | J | A | |
| 283. | | | | | Sold | 5/23/12 | J | A | |
| 284. ----Precision Castparts Corp. (common) | | | | | Sold | 07/16/12 | J | A | |
| 285. ----Principal Financial Group (common) (Y) | | | | | | | | | |
| 286. ----Procter & Gamble Co. (common) (Y) | | | | | Sold (part) | 3/15/12 | J | A | |
| 287. ----PVH Corp. (common) | | | | | Sold | 07/13/12 | J | A | |
| 288. ----Qualcomm Inc. (common) | | | | | Sold (part) | 5/21/12 | J | A | |
| 289. | | | | | Sold | 07/03/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290.  ----Quanta Services Inc. (common) (Y) | | | | | | | | | |
| 291.  ----Raytheon Company (common) (Y) | | | | | | | | | |
| 292.  ----Reliance Steel & Aluminum (common) (Y) | | | | | | | | | |
| 293.  ----Riverbed Technology Inc. (common) (Y) | | | | | | | | | |
| 294.  ----Rockwell Automation Inc. (common) | | | | | Sold | 1/23/12 | J | A | |
| 295. | | | | | Sold | 07/16/12 | J | A | |
| 296.  ----Ross Stores Inc. (common) (Y) | | | | | | | | | |
| 297.  ----Rovi Corp. (common) (Y) | | | | | | | | | |
| 298.  ----Rowan Companies Inc. (common) (Y) | | | | | | | | | |
| 299.  ----Royal Caribbean Cruises Ltd. (common) (Y) | | | | | | | | | |
| 300.  ----Safeway Inc. (common) (Y) | | | | | | | | | |
| 301.  ----Sara Lee Corp. (common) (Y) | | | | | | | | | |
| 302.  ----Schlumberger Ltd. (common) | | | | | Sold (part) | 06/15/12 | J | A | |
| 303. | | | | | Sold | 07/16/12 | J | A | |
| 304.  ----Smithfield Foods Inc. (common) (Y) | | | | | | | | | |
| 305.  ----Southwestern Energy (common) (Y) | | | | | | | | | |
| 306.  ----Sprint Nextel Corp. (common) (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. ----SPX Corp. (common) (Y) | | | | | | | | | |
| 308. ----Stanley Black & Decker Inc. (common) (Y) | | | | | | | | | |
| 309. ----Starbucks Corp. (common) | | | | | Sold (part) | 1/27/12 | J | A | |
| 310. | | | | | Sold | 07/16/12 | J | B | |
| 311. ----Steel Dynamics Inc. (common) (Y) | | | | | | | | | |
| 312. ----Suncor Energy Inc. (common) (Y) | | | | | | | | | |
| 313. ----Supervalu Inc. (common) (Y) | | | | | | | | | |
| 314. ----Symantec Corp. (common) (Y) | | | | | | | | | |
| 315. ----Target Corp. (Y) | | | | | | | | | |
| 316. ----TE Connectivity Ltd. (common) (Y) | | | | | | | | | |
| 317. ----Teva Pharmaceutical-Spon ADR (Y) | | | | | | | | | |
| 318. ----Textron Inc. (common) (Y) | | | | | | | | | |
| 319. ----The Travelers Companies Inc. (common) | | | | | Sold | 3/22/12 | J | A | |
| 320. ----Time Warner Cable Inc. (common) | | | | | Sold | 07/16/12 | J | B | |
| 321. ----Transocean Ltd. (common) | | | | | Sold | 07/16/12 | J | A | |
| 322. ----Tyco Electronics Ltd. (common) (Y) | | | | | | | | | |
| 323. ----Tyson Foods Inc. (Class A) | | | | | Sold | 07/16/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. ----UnitedHealth Group Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 325. ----United Parcel SVC Inc. (common) | | | | | Sold (part) | 4/12/12 | J | A | |
| 326. | | | | | Sold | 5/7/12 | J | A | |
| 327. ----US Bancorp (common) | | | | | Sold | 07/16/12 | J | A | |
| 328. ----Valero Energy Corp. (common) (Y) | | | | | | | | | |
| 329. ----Vertex Pharmaceuticals Inc. (common) (Y) | | | | | | | | | |
| 330. ----Viacom Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 331. ----VISA Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 332. ----Vdafone Group PLC-SP ADR (Y) | | | | | | | | | |
| 333. ----Walmart Stores Inc. | | | | | Sold | 07/16/12 | J | A | |
| 334. ----Wellpoint Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 335. ----Wells Fargo & Co. (common) | | | | | Sold | 07/16/12 | J | A | |
| 336. ----Western Dgital Corp. (common) (Y) | | | | | | | | | |
| 337. ----XL Group PLC (common) (Y) | | | | | | | | | |
| 338. ----VF Corp. (common) | | | | | Sold | 07/16/12 | J | A | |
| 339. ----Walt Disney Co. (common) | | | | | Sold (part) | 06/08/12 | J | A | |
| 340. | | | | | Sold | 07/16/12 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. ---AB Discovery Growth Fund CL ADV | | | | | Buy | 6/18/12 | K | | |
| 342. | | | | | Sold | 07/16/12 | K | A | |
| 343. ---Abbott Laboratories (common) | | | | | Buy | 06/29/12 | J | | |
| 344. --American Express (common) | | | | | Sold | 07/16/12 | J | A | |
| 345. --Amgen Inc. (common) | | | | | Buy | 5/17/12 | J | | |
| 346. | | | | | Sold | 07/16/12 | J | A | |
| 347. ---Ansys Inc. (common) | | | | | Buy | 07/06/12 | J | | |
| 348. | | | | | Sold | 07/16/12 | J | A | |
| 349. ---Apollo Group Inc. (Class A) (X) | | | | | Sold | 07/16/12 | J | A | |
| 350. ---Applied Materials Inc. (common) (X) | | | | | Sold | 07/16/12 | J | A | |
| 351. ---Boeing Co. (common) (X) | | | | | Sold | 5/7/12 | J | A | |
| 352. ---Centerpoint Energy Inc. (common) (X) | | | | | Sold | 07/16/12 | J | A | |
| 353. ---Chevron Corp. (common) | | | | | Buy | 06/08/12 | J | | |
| 354. | | | | | Sold | 07/16/12 | J | A | |
| 355. ---Chipotle Mexican Grill (Class A) | | | | | Buy | 06/15/12 | J | | |
| 356. | | | | | Sold | 07/16/12 | J | A | |
| 357. ---Coach Inc. (common) | | | | | Buy | 5/24/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | Sold | 07/16/12 | J | A | |
| 359. ---Cognizant Tech Solutions (Class A) (X) | | | | | Sold | 07/16/12 | J | A | |
| 360. ---Dollar Tree Inc. (common) | | | | | Buy | 07/09/12 | J | | |
| 361. | | | | | Sold | 07/16/12 | J | A | |
| 362. ---F5 Networks Inc. (common) (X) | | | | | Sold | 07/16/12 | J | A | |
| 363. ---Halliburton (common) | | | | | Buy | 06/21/12 | J | | |
| 364. | | | | | Sold | 07/16/12 | J | A | |
| 365. ---Hershey Co. (common) | | | | | Buy | 2/28/12 | J | | |
| 366. | | | | | Sold | 06/26/12 | J | A | |
| 367. ---Illumina Inc. (common) (X) | | | | | Sold | 07/16/12 | J | A | |
| 368. ---Informatica Corp. (common) | | | | | Buy | 06/28/12 | J | | |
| 369. | | | | | Sold | 07/16/12 | J | A | |
| 370. ---IBM (common) | | | | | Buy | 5/31/12 | J | | |
| 371. | | | | | Sold | 07/16/12 | J | A | |
| 372. ---Kimberly-Clark Corp. (common) | | | | | Buy | 06/26/12 | J | | |
| 373. | | | | | Sold | 07/16/12 | J | A | |
| 374. ---LAM Reserach Corp. (common) (X) | | | | | Sold | 07/16/12 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. ---McDonald's Corp. (common) | | | | | Buy | 06/15/12 | J | | |
| 376. | | | | | Sold | 07/16/12 | J | A | |
| 377. ---McKesson Corp. (common) | | | | | Buy | 5/8/12 | J | | |
| 378. | | | | | Buy (add'l) | 5/31/12 | J | | |
| 379. | | | | | Sold | 07/16/12 | J | A | |
| 380. ---MGM Resorts Int'l (common) | | | | | Buy | 1/6/12 | J | | |
| 381. | | | | | Sold | 07/16/12 | J | A | |
| 382. ---National Oilwell Inc. (common) | | | | | Buy | 3/28/12 | J | | |
| 383. | | | | | Sold | 07/16/12 | J | A | |
| 384. ---Newell Rubbermaid Inc. (X) | | | | | Sold | 07/16/12 | J | A | |
| 385. ---O'Reilly Automotive Inc. (common) (X) | | | | | Sold | 07/16/12 | J | A | |
| 386. ---Oceaneering Int'l Inc. (common) | | | | | Buy | 5/17/12 | J | | |
| 387. | | | | | Sold | 07/16/12 | J | A | |
| 388. ---Perrigo Inc. (common) (X) | | | | | Sold | 06/14/12 | J | A | |
| 389. ---Philip Morris Int'l (common) | | | | | Buy | 5/21/12 | J | | |
| 390. | | | | | Sold | 07/16/12 | J | A | |
| 391. ---Priceline.com (common) | | | | | Buy | 06/19/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | Sold | 07/16/12 | J | A | |
| 393. ---Reynolds American Inc. | | | | | Buy | 5/22/12 | J | | |
| 394. | | | | | Sold | 07/16/12 | J | A | |
| 395. ---Sherwin-Williams Co. (common) | | | | | Buy | 06/13/12 | J | | |
| 396. | | | | | Sold | 07/16/12 | J | A | |
| 397. ---Stryker Corp. (common) | | | | | Buy | 1/11/12 | J | | |
| 398. | | | | | Sold | 07/16/12 | J | A | |
| 399. ---Tibco Software Inc. (common) | | | | | Buy | 5/24/12 | J | | |
| 400. | | | | | Sold | 07/16/12 | J | A | |
| 401. ---TRW Automotive Holdings Corp. (common) (X) | | | | | Sold | 07/16/12 | J | A | |
| 402. ---Union Pacific Corp. (common) | | | | | Buy | 06/22/12 | J | | |
| 403. | | | | | Sold | 07/16/12 | J | A | |
| 404. ---NOTEX-Northern Funds Tax Exept Fund | | | | | Buy | 09/04/12 | J | | |
| 405. ---NSIDX-Northern Funds Sall Cap Index Fund | | | | | Buy | 09/04/12 | K | | |
| 406. ---NOSIX-Northern Funds Stock Index Fund | | | | | Buy | 09/04/12 | M | | |
| 407. ---NOMIX-Northern Mid Cap Index Fund | | | | | Buy | 09/04/12 | K | | |
| 408. ---TDTF-Flexshares TR IBOXX 5 yr Tgt TIPS Index Fd | | | | | Buy | 09/04/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 409. ---DVY-IShares Tr Dow Jones Select Divid Index Fd | | | | | Buy | 09/04/12 | K | | |
| 410. ---GLD-Spdr Gold Tr Gold Shares | | | | | Buy | 09/04/12 | K | | |
| 411. ---GUNR-Flexshares TR Morningstar Global Upstream Nat ResIdx | | | | | Buy | 09/04/12 | J | | |
| 412. ---DFCEX-Invt Dimensions Group Emerging Mkts Core Eq Prt | | | | | Buy | 09/05/12 | K | | |
| 413. ---DFITX-Invt Dimensions Group Int'l Real Estate Secs Ptf | | | | | Buy | 09/05/12 | J | | |
| 414. ---PHYIX-Pimco Funds Pac Invt Mgmt Ser HY Fund | | | | | Buy | 09/05/12 | K | | |
| 415. ---HLMIX-Harding Loevner Funds Inc Int'l Equity Prt | | | | | Buy | 09/05/12 | K | | |
| 416. ---CIVIX-Causeway Cap Mgmt Tr Int'l Value Fd | | | | | Buy | 09/05/12 | K | | |
| 417. ---DFREX-Invt Dimensions Gropu Real Estae Secs Prt | | | | | Buy | 09/05/12 | J | | |
| 418. ---PCRIX-Pimco Pac Invt Mgmt Ser Commodity Real Trn Stgy Fd | | | | | Buy | 09/05/12 | J | | |
| 419. ---DFEVX-Emerging Markets Value Fd | | | | | Buy | 09/05/12 | K | | |
| 420. Trust #6 | E | Distribution | M | W | | | | | |
| 421. --Farm land, Christian County, Illinois | | | | | | | | | |
| 422. --JP Morgan Chase Cash Account | | | | | | | | | |
| 423. Trust #7 | E | Dividend | O | T | | | | | |
| 424. --Abbott Laboratories (common) | | | | | Sold (part) | 1/9/12 | J | A | |
| 425. | | | | | Sold (part) | 9/6/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 426. | | | | | Sold | 09/27/12 | J | A | |
| 427. --Ace Ltd (common) | | | | | Sold (part) | 3/8/12 | J | A | |
| 428. | | | | | Sold | 09/20/12 | J | B | |
| 429. --Amazon.Com Inc. (common) | | | | | Sold (part) | 3/8/12 | J | A | |
| 430. | | | | | Sold (part) | 4/9/12 | J | B | |
| 431. | | | | | Sold (part) | 08/16/12 | J | C | |
| 432. | | | | | Sold | 08/28/12 | J | B | |
| 433. --American Express Co. (common) (Y) | | | | | | | | | |
| 434. --Anadarko Petroleum Corp. (common) | | | | | Sold (part) | 3/8/12 | J | A | |
| 435. | | | | | Sold (part) | 9/6/12 | J | A | |
| 436. | | | | | Sold | 10/3/12 | J | A | |
| 437. --Apple Inc. (common) | | | | | Sold (part) | 3/8/12 | J | B | |
| 438. | | | | | Sold (part) | 8/16/12 | K | D | |
| 439. | | | | | Sold (part) | 8/28/12 | J | D | |
| 440. | | | | | Sold (part) | 9/6/12 | J | C | |
| 441. | | | | | Sold (part) | 9/20/12 | J | C | |
| 442. | | | | | Sold (part) | 9/27/12 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 30 of 120

Name of Person Reporting

Tharp, John J.

Date of Report

05/14/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. | | | | | Sold | 10/3/12 | J | C | |
| 444. --Artio International Equity II Fund | | | | | Sold | 08/07/12 | K | D | |
| 445. --Artisan International Value Fund (Y) | | | | | | | | | |
| 446. --Aston Optimum Mid Cap Fund 1 | | | | | | | | | |
| 447. --AT&T Inc. (common) | | | | | Sold (part) | 3/8/12 | J | A | |
| 448. | | | | | Sold | 08/03/12 | J | B | |
| 449. --Autozone Inc. (common) | | | | | Sold (part) | 3/8/12 | J | A | |
| 450. | | | | | Sold | 08/28/12 | J | A | |
| 451. --Baidu inc. (ADR) | | | | | Sold | 08/03/12 | J | A | |
| 452. --Bank of America (common) | | | | | Sold (part) | 3/8/12 | J | A | |
| 453. | | | | | Sold | 08/03/12 | J | A | |
| 454. --Biogen IDEC Inc. (common) | | | | | Sold (part) | 3/8/12 | J | A | |
| 455. | | | | | Sold | 08/03/12 | J | D | |
| 456. --Broadcom Corp. (common) | | | | | Sold | 1/12/12 | J | A | |
| 457. --Cameron International Corp. (common) | | | | | Sold (part) | 3/8/12 | J | A | |
| 458. | | | | | Sold | 07/18/12 | J | A | |
| 459. --Campbell Soup Co. (common) | | | | | Sold (part) | 3/8/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. | | | | | Sold | 4/13/12 | J | A | |
| 461. --Capital One Financial Corp. (common) | | | | | Sold (part) | 3/8/12 | J | A | |
| 462. | | | | | Sold (part) | 9/6/12 | J | A | |
| 463. | | | | | Sold | 10/31/12 | J | A | |
| 464. --Cardinal Health Inc. (common) | | | | | Sold (part) | 3/8/12 | J | A | |
| 465. | | | | | Sold | 09/20/12 | J | A | |
| 466. --Carnival Corp. (common) | | | | | Sold (part) | 2/28/12 | J | A | |
| 467. | | | | | Sold | 2/29/12 | J | A | |
| 468. --CBS Corp. (common) | | | | | Sold (part) | 3/8/12 | J | A | |
| 469. | | | | | Sold | 10/09/12 | J | B | |
| 470. --Celgene Corp. (common) | | | | | Sold (part) | 3/8/12 | J | A | |
| 471. | | | | | Sold | 08/03/12 | J | B | |
| 472. --Centerpoint Energy Inc. (common) | | | | | Sold (part) | 3/8/12 | J | A | |
| 473. | | | | | Sold (part) | 08/16/12 | J | A | |
| 474. | | | | | Sold | 08/28/12 | J | A | |
| 475. --Cisco Systems Inc. (common) | | | | | Sold (part) | 3/8/12 | J | A | |
| 476. | | | | | Sold (part) | 7/11/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 32 of 120

Name of Person Reporting

Tharp, John J.

Date of Report

05/14/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. | | | | | Sold (part) | 9/6/12 | J | A | |
| 478. | | | | | Sold | 10/9/12 | J | A | |
| 479. --Citigroup Inc. (common) | | | | | Sold (part) | 3/8/12 | J | A | |
| 480. | | | | | Sold | 08/28/12 | J | A | |
| 481. --Citrix Systems, Inc. (common) | | | | | Sold (part) | 3/8/12 | J | A | |
| 482. | | | | | Sold | 10/03/12 | J | A | |
| 483. --Cognizant Tech Solutions Corp. (common) | | | | | Sold (part) | 3/8/12 | J | A | |
| 484. | | | | | Sold (part) | 09/06/12 | J | A | |
| 485. | | | | | Sold | 09/27/12 | J | B | |
| 486. --Colgate Palmolive Co. (common) | | | | | Sold (part) | 3/8/12 | J | A | |
| 487. | | | | | Sold | 07/27/12 | J | B | |
| 488. --Comcast Corp. (common) | | | | | Sold (part) | 3/8/12 | J | A | |
| 489. | | | | | Sold (part) | 08/16/12 | J | B | |
| 490. | | | | | Sold (part) | 09/06/12 | J | A | |
| 491. | | | | | Sold | 09/20/12 | J | B | |
| 492. --ConocoPhillips (common) | | | | | Sold | 1/19/12 | J | B | |
| 493. --Covidien PLC (common) | | | | | Sold (part) | 3/8/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. | | | | | Sold (part) | 08/16/12 | J | A | |
| 495. | | | | | Sold | 08/28/12 | J | A | |
| 496. --CVS Caremark Corp. (common) | | | | | Sold (part) | 3/8/12 | J | A | |
| 497. | | | | | Sold (part) | 06/22/12 | J | B | |
| 498. | | | | | Sold | 07/09/12 | J | A | |
| 499. --Darden Restaurants Inc. (common) | | | | | Sold | 2/21/12 | J | A | |
| 500. --Delaware Emerging Markets Fund | | | | | | | | | |
| 501. --Dendreon Corp. (common) (Y) | | | | | | | | | |
| 502. --Devon Energy Corp. (common) | | | | | Sold | 4/24/12 | J | A | |
| 503. --Dodge & Cox International Stock Fund (Y) | | | | | | | | | |
| 504. --Dominion Resources Inc. (common) | | | | | Sold | 4/24/12 | J | A | |
| 505. --DuPont (common) | | | | | Sold (part) | 3/8/12 | J | A | |
| 506. | | | | | Sold (part) | 07/18/12 | J | A | |
| 507. | | | | | Sold (part) | 08/16/12 | J | A | |
| 508. | | | | | Sold | 08/28/12 | J | A | |
| 509. --Eaton Vance Global Macro I Fund (EIGMX) | | | | | | | | | |
| 510. --Eaton Vance Float Rate C1 I Fund (EIBLX) | | | | | Sold (part) | 3/8/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 34 of 120

Name of Person Reporting

Tharp, John J.

Date of Report

05/14/2013

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. | | | | | Sold (part) | 5/16/12 | L | B | |
| 512. | | | | | Sold | 10/4/12 | K | B | |
| 513.  --EMC Corp. (common) | | | | | Sold (part) | 3/8/12 | J | A | |
| 514. | | | | | Sold | 7/6/12 | J | A | |
| 515.  --Emerson Electric (common) | | | | | Sold | 09/06/12 | J | A | |
| 516.  --EOG Resources Inc. (common) | | | | | Sold (part) | 3/8/12 | J | A | |
| 517. | | | | | Sold (part) | 09/06/12 | J | A | |
| 518. | | | | | Sold | 09/27/12 | J | A | |
| 519.  --Exxon Mobil (common) | | | | | Sold (part) | 3/8/12 | J | A | |
| 520. | | | | | Sold (part) | 06/21/12 | J | A | |
| 521. | | | | | Sold (part) | 07/27/12 | J | A | |
| 522. | | | | | Sold (part) | 08/16/12 | J | A | |
| 523. | | | | | Sold (part) | 09/06/12 | J | A | |
| 524. | | | | | Sold | 10/09/12 | J | B | |
| 525.  --Freeport-McMoran Copper & Gold Inc. (common) | | | | | Sold (part) | 3/8/12 | J | A | |
| 526. | | | | | Sold (part) | 08/16/12 | J | A | |
| 527. | | | | | Sold | 08/28/12 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 35 of 120

Name of Person Reporting

Tharp, John J.

Date of Report

05/14/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528.  --General Electric (common) | | | | | Sold (part) | 3/8/12 | J | A | |
| 529. | | | | | Sold | 06/15/12 | J | A | |
| 530.  --General Mills Inc. (common) | | | | | Sold (part) | 3/8/12 | J | A | |
| 531. | | | | | Sold (part) | 08/16/12 | J | A | |
| 532. | | | | | Sold (part) | 09/06/12 | J | A | |
| 533. | | | | | Sold | 10/03/12 | J | A | |
| 534.  --General Motors Co. (common) | | | | | Sold (part) | 3/8/12 | J | A | |
| 535. | | | | | Sold | 08/03/12 | J | A | |
| 536.  --Global Payments Inc. (common) | | | | | Sold | 1/23/12 | J | A | |
| 537.  --Goldman Sachs Group Inc. (common) | | | | | Sold (part) | 3/8/12 | J | A | |
| 538. | | | | | Sold (part) | 8/16/12 | J | A | |
| 539. | | | | | Sold | 9/6/12 | J | A | |
| 540.  --Highbridge Dynamic Comm Strg Fund-Sel | | | | | Sold | 10/04/12 | K | A | |
| 541.  --Home Depot (common) | | | | | Sold (part) | 3/8/12 | J | A | |
| 542. | | | | | Sold (part) | 8/16/12 | J | A | |
| 543. | | | | | Sold | 10/3/12 | J | A | |
| 544.  --Honeywell International Inc. (common) | | | | | Sold (part) | 3/8/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. | | | | | Sold (part) | 8/16/12 | J | A | |
| 546. | | | | | Sold (part) | 9/6/12 | J | A | |
| 547. | | | | | Sold | 9/12/12 | J | A | |
| 548. --Humana Inc. (common) | | | | | Sold (part) | 3/8/12 | J | A | |
| 549. | | | | | Sold (part) | 7/11/12 | J | A | |
| 550. | | | | | Sold (part) | 7/12/12 | J | A | |
| 551. | | | | | Sold (part) | 7/16/12 | J | A | |
| 552. | | | | | Sold (part) | 7/17/12 | J | A | |
| 553. | | | | | Sold (part) | 7/18/12 | J | A | |
| 554. | | | | | Sold (part) | 7/19/12 | J | A | |
| 555. | | | | | Sold (part) | 7/20/12 | J | A | |
| 556. | | | | | Sold | 8/28/12 | J | A | |
| 557. --Intercontinental Exchange Inc.(common) | | | | | Sold (part) | 3/8/12 | J | A | |
| 558. | | | | | Sold (part) | 8/16/12 | J | A | |
| 559. | | | | | Sold (part) | 9/6/12 | J | A | |
| 560. | | | | | Sold | 10/3/12 | J | A | |
| 561. --Invesco Ltd. (common) | | | | | Sold (part) | 3/8/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 37 of 120

Name of Person Reporting

Tharp, John J.

Date of Report

05/14/2013

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. | | | | | Sold (part) | 9/6/12 | J | A | |
| 563. | | | | | Sold | 10/31/12 | J | A | |
| 564. --Invesco Van Kampen American Franchise Fund Class A (Y) | | | | | | | | | |
| 565. --IShares Russell 2000 Index Fund (Y) | | | | | | | | | |
| 566. --IShares Russell MidCap Index Fund | | | | | Sold (part) | 10/4/12 | J | A | |
| 567. --IShares MSCI EAFE Index Fund | | | | | Buy (add'l) | 6/8/12 | L | | |
| 568. | | | | | Buy (add'l) | 10/4/12 | J | | |
| 569. --John Hancock II-Emerging Markets-I (Y) | | | | | | | | | |
| 570. --Johnson & Johnson (common) | | | | | Sold (part) | 1/19/12 | J | A | |
| 571. | | | | | Sold (part) | 1/26/12 | J | A | |
| 572. | | | | | Sold | 7/27/12 | J | A | |
| 573. --Johnson Controls Inc. (common) | | | | | Sold (part) | 3/8/12 | J | A | |
| 574. | | | | | Sold (part) | 9/6/12 | J | B | |
| 575. | | | | | Sold | 9/20/12 | J | A | |
| 576. --JP Morgan Asia Equity Fund | | | | | Sold | 06/26/12 | K | A | |
| 577. --JP Morgan High Yield Fund - Sel | | | | | Sold (part) | 6/8/12 | J | A | |
| 578. | | | | | Sold (part) | 7/5/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. | | | | | Buy (add'l) | 12/14/12 | J | | |
| 580. --JP Morgan Inter. Tax Free Bond Fund - Sel | | | | | Buy (add'l) | 3/8/12 | J | | |
| 581. | | | | | Buy (add'l) | 12/14/12 | J | | |
| 582. --JP Morgan Market Expansion Index Fund | | | | | Buy (add'l) | 12/14/12 | J | | |
| 583. --JP Morgan Mid Cap Growth Fund (Y) | | | | | | | | | |
| 584. --JP Morgan Research Mkt Neutral Fund (Y) | | | | | | | | | |
| 585. --JP Morgan Str Opp Fund | | | | | Sold (part) | 3/8/12 | K | B | |
| 586. | | | | | Buy (add'l) | 9/17/12 | K | | |
| 587. | | | | | Buy (add'l) | 12/14/12 | J | | |
| 588. --JP Morgan Tax Free Reserve Sweep Fund | | | | | | | | | |
| 589. --JP Morgan Tr I Tax Aware Real Return Fund - Sel (Y) | | | | | | | | | |
| 590. --JP Morgan U.S. Real Estate Fund | | | | | Sold (part) | 7/5/12 | J | A | |
| 591. | | | | | Sold | 10/4/12 | K | C | |
| 592. --Juniper Networks Inc. (common) | | | | | Sold (part) | 3/8/12 | J | A | |
| 593. | | | | | Sold (part) | 4/23/12 | J | A | |
| 594. | | | | | Sold | 9/27/12 | J | A | |
| 595. --Kellog Co. (common) (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 596. --Kraft Foods Inc. Class A | | | | | Sold (part) | 3/8/12 | J | A | |
| 597. | | | | | Sold | 9/20/12 | J | B | |
| 598. --Lam Research Corp. (common) | | | | | Sold (part) | 3/8/12 | J | A | |
| 599. | | | | | Sold (part) | 8/16/12 | J | A | |
| 600. | | | | | Sold (part) | 9/6/12 | J | A | |
| 601. | | | | | Sold | 9/12/12 | J | A | |
| 602. --Lennar Corp. (common) | | | | | Sold (part) | 3/8/12 | J | A | |
| 603. | | | | | Sold | 10/31/12 | J | C | |
| 604. --Lowes Companies Inc. (common) | | | | | Sold (part) | 3/8/12 | J | A | |
| 605. | | | | | Sold | 10/3/12 | J | C | |
| 606. --Manning & Napier World Opportunities Series Fund (Y) | | | | | | | | | |
| 607. --Mastercard Inc. Class A | | | | | Sold (part) | 3/8/12 | J | A | |
| 608. | | | | | Sold | 8/3/12 | J | B | |
| 609. --Merck (common) | | | | | Sold (part) | 3/8/12 | J | A | |
| 610. | | | | | Sold (part) | 4/13/12 | J | A | |
| 611. | | | | | Sold (part) | 4/16/12 | J | A | |
| 612. | | | | | Sold (part) | 4/17/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. | | | | | Sold (part) | 4/23/12 | J | A | |
| 614. | | | | | Sold (part) | 4/24/12 | J | A | |
| 615. | | | | | Sold (part) | 4/25/12 | J | A | |
| 616. | | | | | Sold (part) | 4/26/12 | J | A | |
| 617. | | | | | Sold (part) | 4/27/12 | J | A | |
| 618. | | | | | Sold (part) | 8/16/12 | J | A | |
| 619. | | | | | Sold (part) | 9/6/12 | J | A | |
| 620. | | | | | Sold | 10/9/12 | J | B | |
| 621. --MetLife Inc. (common) | | | | | Sold (part) | 3/8/12 | J | A | |
| 622. | | | | | Sold | 9/6/12 | J | A | |
| 623. --Microsoft (common) | | | | | Sold (part) | 3/8/12 | J | A | |
| 624. | | | | | Sold (part) | 8/16/12 | J | B | |
| 625. | | | | | Sold (part) | 9/6/12 | J | B | |
| 626. | | | | | Sold | 9/12/12 | J | C | |
| 627. --Micros Systems Inc. (common) | | | | | Sold (part) | 2/21/12 | J | A | |
| 628. | | | | | Sold (part) | 2/22/12 | J | A | |
| 629. | | | | | Sold | 2/23/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. --Monsanto (common) | | | | | Sold | 2/7/12 | J | A | |
| 631. --Net App Inc. (common) | | | | | Sold (part) | 8/16/12 | J | A | |
| 632. | | | | | Sold (part) | 9/6/12 | J | A | |
| 633. | | | | | Sold | 9/12/12 | J | A | |
| 634. --Nike Class B (common) | | | | | Sold (part) | 3/8/12 | J | A | |
| 635. | | | | | Sold (part) | 6/15/12 | J | B | |
| 636. | | | | | Sold (part) | 6/18/12 | J | A | |
| 637. | | | | | Sold | 8/3/12 | J | B | |
| 638. --Norfolk Southern Corp. (common) | | | | | Sold (part) | 2/8/12 | J | B | |
| 639. | | | | | Sold (part) | 3/8/12 | J | A | |
| 640. | | | | | Sold (part) | 3/20/12 | J | B | |
| 641. | | | | | Sold (part) | 5/24/12 | J | A | |
| 642. | | | | | Sold (part) | 5/25/12 | J | A | |
| 643. | | | | | Sold (part) | 5/29/12 | J | B | |
| 644. | | | | | Sold (part) | 5/30/12 | J | A | |
| 645. | | | | | Sold | 5/31/12 | J | A | |
| 646. --Novellus Systems Inc. (common) (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. --Occidental Petroleum (common) | | | | | Sold (part) | 2/1/12 | J | A | |
| 648. | | | | | Sold (part) | 3/8/12 | J | A | |
| 649. | | | | | Sold (part) | 8/16/12 | J | A | |
| 650. | | | | | Sold (part) | 9/6/12 | J | A | |
| 651. | | | | | Sold | 9/27/12 | J | A | |
| 652. --Oracle (common) | | | | | Sold (part) | 3/8/12 | J | A | |
| 653. | | | | | Sold (part) | 8/16/12 | J | B | |
| 654. | | | | | Sold (part) | 9/6/12 | J | A | |
| 655. | | | | | Sold | 10/3/12 | J | A | |
| 656. --Paccar Inc. (common) | | | | | Sold (part) | 3/8/12 | J | A | |
| 657. | | | | | Sold | 8/3/12 | J | A | |
| 658. --Pepsico (common) | | | | | Sold (part) | 09/12/12 | J | A | |
| 659. --Pfizer (common) | | | | | Sold (part) | 3/8/12 | J | A | |
| 660. | | | | | Sold | 8/3/12 | K | D | |
| 661. --Pioneer Natrual Resouces Co. (common) | | | | | Sold (part) | 3/8/12 | J | A | |
| 662. | | | | | Sold | 8/28/12 | J | A | |
| 663. --Procter & Gamble Co. (common) | | | | | Sold (part) | 3/8/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. | | | | | Sold (part) | 6/21/12 | J | A | |
| 665. | | | | | Sold (part) | 8/16/12 | J | A | |
| 666. | | | | | Sold (part) | 9/6/12 | J | A | |
| 667. | | | | | Sold | 10/3/12 | J | A | |
| 668.  --Prudential Financial Inc. (common) | | | | | Sold (part) | 9/6/12 | J | A | |
| 669. | | | | | Sold | 9/20/12 | J | A | |
| 670.  --Public Service Enterprise Group (common) (Y) | | | | | | | | | |
| 671.  --Qualcomm Inc. (common) | | | | | Sold (part) | 3/8/12 | J | A | |
| 672. | | | | | Sold (part) | 8/16/12 | J | B | |
| 673. | | | | | Sold (part) | 9/6/12 | J | A | |
| 674. | | | | | Sold | 9/27/12 | J | B | |
| 675.  --Schlumberger Ltd. (common) | | | | | Sold (part) | 3/8/12 | J | A | |
| 676. | | | | | Sold | 8/3/12 | J | A | |
| 677.  --Sempra Energy (common) (Y) | | | | | | | | | |
| 678.  --Southwestern Energy Co. (common) | | | | | Sold | 3/5/12 | J | A | |
| 679.  --Spectra Energy Corp. (common) (Y) | | | | | | | | | |
| 680.  --Spider Gold Trust | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. --St. Jude Medical Inc. (common) (Y) | | | | | | | | | |
| 682. --Target Corp. (common) | | | | | Sold (part) | 3/20/12 | J | A | |
| 683. | | | | | Sold (part) | 3/21/12 | J | A | |
| 684. | | | | | Sold | 3/22/12 | J | A | |
| 685. --TD Ameritrade Holding Corp. (common) | | | | | Sold (part) | 3/8/12 | J | A | |
| 686. | | | | | Sold (part) | 8/16/12 | J | A | |
| 687. | | | | | Sold | 8/28/12 | J | A | |
| 688. --TE Connectivity Ltd. (common) (Y) | | | | | | | | | |
| 689. --The Estee Lauder Cos. Inc. (common) | | | | | Sold (part) | 3/8/12 | J | A | |
| 690. | | | | | Sold | 10/31/12 | J | A | |
| 691. --Time Warner Inc. (common) | | | | | Sold (part) | 3/8/12 | J | A | |
| 692. | | | | | Sold | 8/3/12 | K | C | |
| 693. --T Rowe Price New Asia Fund | | | | | Buy (add'l) | 12/20/12 | J | | |
| 694. --Tyco International Ltd. (common) | | | | | Sold (part) | 3/8/12 | J | A | |
| 695. | | | | | Sold (part) | 9/6/12 | J | A | |
| 696. | | | | | Sold | 9/12/12 | J | B | |
| 697. --UnitedHealth Group Inc. (common) | | | | | Sold (part) | 3/8/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. | | | | | Sold (part) | 9/6/12 | J | A | |
| 699. | | | | | Sold | 9/12/12 | J | A | |
| 700. --United Technologies Corp. (common) | | | | | Sold (part) | 3/8/12 | J | A | |
| 701. | | | | | Buy (add'l) | 6/15/12 | J | | |
| 702. | | | | | Sold (part) | 8/16/12 | J | B | |
| 703. | | | | | Sold (part) | 9/6/12 | J | A | |
| 704. | | | | | Sold | 9/12/12 | J | B | |
| 705. --US Bancorp (common) | | | | | Sold (part) | 3/8/12 | J | A | |
| 706. | | | | | Sold | 6/5/12 | J | B | |
| 707. --ValueLine Premier Growth Fund (Y) | | | | | | | | | |
| 708. --Vanguard MSCI Emerging Markets ETF (VWO) | | | | | Sold (part) | 10/4/12 | K | A | |
| 709. --Verizon Communications (common) | | | | | Sold (part) | 3/8/12 | J | A | |
| 710. | | | | | Sold (part) | 8/16/12 | J | B | |
| 711. | | | | | Sold | 8/28/12 | J | D | |
| 712. --Wells Fargo (common) | | | | | Sold (part) | 3/8/12 | J | A | |
| 713. | | | | | Sold (part) | 8/16/12 | J | B | |
| 714. | | | | | Sold (part) | 9/6/12 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT** | Name of Person Reporting | Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. | | | | | Sold | 9/20/12 | J | C | |
| 716. --Williams Companies Inc. (common) | | | | | Sold (part) | 3/8/12 | J | A | |
| 717. | | | | | Sold (part) | 6/22/12 | J | A | |
| 718. | | | | | Sold (part) | 6/25/12 | J | A | |
| 719. | | | | | Sold (part) | 6/26/12 | J | A | |
| 720. | | | | | Sold (part) | 6/27/12 | J | A | |
| 721. | | | | | Sold (part) | 6/28/12 | J | A | |
| 722. | | | | | Sold (part) | 6/29/12 | J | A | |
| 723. | | | | | Sold (part) | 9/6/12 | J | A | |
| 724. | | | | | Sold | 10/9/12 | J | A | |
| 725. --XILINX Corp. (common) | | | | | Sold (part) | 3/8/12 | J | A | |
| 726. | | | | | Sold (part) | 4/13/12 | J | A | |
| 727. | | | | | Sold (part) | 4/16/12 | J | A | |
| 728. | | | | | Sold (part) | 4/17/12 | J | A | |
| 729. | | | | | Sold | 4/18/12 | J | A | |
| 730. --Yum Brands (common) | | | | | Sold (part) | 3/8/12 | J | A | |
| 731. | | | | | Sold (part) | 7/11/12 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## FINANCIAL DISCLOSURE REPORT     Name of Person Reporting     Date of Report

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732. | | | | | Sold (part) | 7/12/12 | J | A | |
| 733. | | | | | Sold (part) | 8/3/12 | J | C | |
| 734. --Condominium Unit (real estate), Sarasota County, Florida | | | | | | | | | |
| 735. --Allergan Inc. (common) | | | | | Buy (add'l) | 1/19/12 | J | | |
| 736. | | | | | Sold (part) | 3/8/12 | J | A | |
| 737. | | | | | Sold (part) | 9/6/12 | J | A | |
| 738. | | | | | Sold | 10/9/12 | J | A | |
| 739. --Altera Corp. (common) | | | | | Buy | 4/13/12 | J | | |
| 740. | | | | | Buy (add'l) | 4/16/12 | J | | |
| 741. | | | | | Buy (add'l) | 4/17/12 | J | | |
| 742. | | | | | Buy (add'l) | 4/18/12 | J | | |
| 743. | | | | | Sold | 8/28/12 | J | A | |
| 744. --Ameriprise Financial Inc. (common) | | | | | Buy | 2/9/12 | J | | |
| 745. | | | | | Sold (part) | 3/8/12 | J | A | |
| 746. | | | | | Sold (part) | 6/1/12 | J | A | |
| 747. | | | | | Sold | 6/4/12 | J | A | |
| 748. --Baker Hughes Inc. (common) | | | | | Sold | 2/10/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749. --Carefusion Corp. (common) | | | | | Buy | 4/13/12 | J | | |
| 750. | | | | | Buy (add'l) | 4/16/12 | J | | |
| 751. | | | | | Buy (add'l) | 4/17/12 | J | | |
| 752. | | | | | Buy (add'l) | 4/18/12 | J | | |
| 753. | | | | | Buy (add'l) | 4/19/12 | J | | |
| 754. | | | | | Buy (add'l) | 4/20/12 | J | | |
| 755. | | | | | Buy (add'l) | 4/23/12 | J | | |
| 756. | | | | | Buy (add'l) | 4/24/12 | J | | |
| 757. | | | | | Buy (add'l) | 4/25/12 | J | | |
| 758. | | | | | Buy (add'l) | 4/26/12 | J | | |
| 759. | | | | | Buy (add'l) | 4/27/12 | J | | |
| 760. | | | | | Buy (add'l) | 4/30/12 | J | | |
| 761. | | | | | Buy (add'l) | 5/1/12 | J | | |
| 762. | | | | | Sold | 8/3/12 | J | A | |
| 763. --CME Group Inc. (common) | | | | | Buy | 2/14/12 | J | | |
| 764. | | | | | Sold (part) | 3/8/12 | J | A | |
| 765. | | | | | Buy (add'l) | 6/5/12 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766. | | | | | Sold (part) | 8/16/12 | J | A | |
| 767. | | | | | Sold | 8/28/12 | J | A | |
| 768. --Coca-Cola Co. (common) (X) | | | | | Sold | 2/2/12 | J | A | |
| 769. --Costco Wholesale Corp. (common) | | | | | Buy | 6/15/12 | J | | |
| 770. | | | | | Sold (part) | 9/6/12 | J | A | |
| 771. | | | | | Sold (part) | 9/12/12 | J | A | |
| 772. --CSX Corp. (common) | | | | | Buy | 5/24/12 | J | | |
| 773. | | | | | Buy (add'l) | 5/25/12 | J | | |
| 774. | | | | | Buy (add'l) | 5/29/12 | J | | |
| 775. | | | | | Sold (part) | 9/6/12 | J | A | |
| 776. | | | | | Sold | 9/20/12 | J | A | |
| 777. --Dominion Resources Inc. (common) (X) | | | | | Sold | 2/21/12 | J | A | |
| 778. --Dreyfus Laurel Emg Mkt Debt Fd | | | | | Buy (add'l) | 3/8/12 | J | | |
| 779. | | | | | Sold (part) | 6/8/12 | K | A | |
| 780. | | | | | Buy (add'l) | 10/4/12 | J | | |
| 781. --Eaton Vance Floating Rate Advantage I (EIFAX) | | | | | Buy | 5/17/12 | K | | |
| 782. | | | | | Sold (part) | 7/6/12 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

Name of Person Reporting        Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 783. --Ensco PLC (common) | | | | | Buy | 7/2/12 | J | | |
| 784. | | | | | Buy (add'l) | 7/3/12 | J | | |
| 785. | | | | | Buy (add'l) | 7/18/12 | J | | |
| 786. | | | | | Sold (part) | 9/6/12 | J | A | |
| 787. | | | | | Sold | 9/12/12 | J | A | |
| 788. --EQT Corp. (common) | | | | | Buy | 2/21/12 | J | | |
| 789. | | | | | Buy (add'l) | 2/22/12 | J | | |
| 790. | | | | | Buy (add'l) | 3/5/12 | J | | |
| 791. | | | | | Sold (part) | 3/8/12 | J | A | |
| 792. | | | | | Sold (part) | 7/2/12 | J | A | |
| 793. | | | | | Sold (part) | 7/3/12 | J | A | |
| 794. | | | | | Sold (part) | 7/5/12 | J | A | |
| 795. | | | | | Sold | 7/6/12 | J | A | |
| 796. --Flour Corp. (common) | | | | | Buy | 7/18/12 | J | | |
| 797. | | | | | Sold (part) | 9/6/12 | J | A | |
| 798. | | | | | Sold | 9/12/12 | J | A | |
| 799. --Global Payments Inc. (common) | | | | | Sold | 1/23/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

| Tharp, John J. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 800.  --Google Inc. (common) | | | | | Buy | 7/11/12 | J | | |
| 801. | | | | | Sold | 8/28/12 | J | B | |
| 802.  --iShares MSCI Japan Index Fd | | | | | Buy | 3/9/12 | K | | |
| 803. | | | | | Sold | 9/14/12 | K | A | |
| 804.  --JPMorgan Int'l Currency Income Fd | | | | | Buy (add'l) | 3/8/12 | J | | |
| 805. | | | | | Sold (part) | 6/8/12 | K | A | |
| 806. | | | | | Buy (add'l) | 10/4/12 | J | | |
| 807. | | | | | Buy (add'l) | 11/7/12 | J | | |
| 808.  --Kinder Morgan Inc. (common) | | | | | Buy | 6/22/12 | J | | |
| 809. | | | | | Buy (add'l) | 6/25/12 | J | | |
| 810. | | | | | Buy (add'l) | 6/26/12 | J | | |
| 811. | | | | | Buy (add'l) | 6/27/12 | J | | |
| 812. | | | | | Buy (add'l) | 6/28/12 | J | | |
| 813. | | | | | Buy (add'l) | 6/29/12 | J | | |
| 814. | | | | | Sold (part) | 9/6/12 | J | A | |
| 815. | | | | | Sold | 9/12/12 | J | A | |
| 816.  --LinkedIn Corp. (common) | | | | | Buy | 4/9/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 817. | | | | | Sold | 8/3/12 | J | A | |
| 818. --Marathon Petroleum Corp. (common) | | | | | Buy | 7/18/12 | J | | |
| 819. | | | | | Buy (add'l) | 7/27/12 | J | | |
| 820. | | | | | Buy (add'l) | 7/30/12 | J | | |
| 821. | | | | | Buy (add'l) | 7/31/12 | J | | |
| 822. | | | | | Sold | 8/28/12 | J | A | |
| 823. --Marriott International Inc. (common) | | | | | Buy | 1/26/12 | J | | |
| 824. | | | | | Buy (add'l) | 2/28/12 | J | | |
| 825. | | | | | Sold (part) | 3/8/12 | J | | |
| 826. | | | | | Sold (part) | 7/11/12 | J | A | |
| 827. | | | | | Sold | 8/3/12 | J | A | |
| 828. --Masco Corp. (common) | | | | | Buy | 7/30/12 | J | | |
| 829. | | | | | Sold | 8/28/12 | J | A | |
| 830. --Nextera Energy Inc. (common) (X) | | | | | Sold (part) | 3/8/12 | J | A | |
| 831. | | | | | Sold | 3/16/12 | J | A | |
| 832. --Philip Morris Intl (common) | | | | | Buy | 2/21/12 | J | | |
| 833. | | | | | Buy (add'l) | 2/22/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 834. | | | | | Sold (part) | 3/8/12 | J | A | |
| 835. | | | | | Buy (add'l) | 6/21/12 | J | | |
| 836. | | | | | Sold (part) | 8/16/12 | J | A | |
| 837. | | | | | Sold (part) | 9/6/12 | J | A | |
| 838. | | | | | Sold | 9/12/12 | J | A | |
| 839. --Pimco Commotiteis Plus Strategy Fd (X) | | | | | Sold (part) | 6/8/12 | K | A | |
| 840. | | | | | Buy (add'l) | 10/4/12 | K | | |
| 841. --Texas Instruments Inc. (common) | | | | | Buy | 2/1/12 | J | | |
| 842. | | | | | Buy (add'l) | 3/16/12 | J | | |
| 843. | | | | | Sold | 5/7/12 | J | A | |
| 844. --Time Warner Cable Inc. | | | | | Buy | 7/27/12 | J | | |
| 845. | | | | | Sold | 8/28/12 | J | A | |
| 846. --Vertex Pharmaceuticals Inc. (common) (X) | | | | | Sold (part) | 3/8/12 | J | A | |
| 847. | | | | | Sold | 10/9/12 | J | B | |
| 848. --Walgreen Co. (common) | | | | | Buy | 6/22/12 | J | | |
| 849. | | | | | Sold (part) | 9/6/12 | J | A | |
| 850. | | | | | Sold | 9/12/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 851.  --Walter Energy Inc. (common) | | | | | Buy | 2/2/12 | J | | |
| 852. | | | | | Buy (add'l) | 2/10/12 | J | | |
| 853. | | | | | Sold | 8/3/12 | J | A | |
| 854.  --WPX Energy Inc. (common) | | | | | Sold | 1/4/12 | J | A | |
| 855.  --Edgewood Growth Fd | | | | | Buy | 09/10/12 | K | | |
| 856.  --Hartford Capital Appreciation Fd | | | | | Buy | 10/4/12 | M | | |
| 857. | | | | | Buy (add'l) | 11/7/12 | J | | |
| 858.  --JPMorgan Intrepid America Fd | | | | | Buy | 10/4/12 | K | | |
| 859. | | | | | Buy (add'l) | 10/22/12 | K | | |
| 860.  --JPMorgan Large Cap Growth Fd-Select | | | | | Buy | 8/9/12 | K | | |
| 861. | | | | | Buy (add'l) | 8/30/12 | K | | |
| 862. | | | | | Buy (add'l) | 9/26/12 | K | | |
| 863.  --JPMorgan Large Cap Core Plus Fd-Select | | | | | Buy | 10/22/12 | K | | |
| 864. | | | | | Buy (add'l) | 12/14/12 | J | | |
| 865.  --Neuberger Berman Multi Cap Opportunities Fd | | | | | Buy | 8/17/12 | L | | |
| 866. | | | | | Buy (add'l) | 8/30/12 | K | | |
| 867. | | | | | Buy (add'l) | 12/18/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 868.   --Primecap Odyssey Stock Fd | | | | | Buy | 9/10/12 | L | | |
| 869. | | | | | Buy (add'l) | 9/17/12 | K | | |
| 870.   --Spdr S&P 500 ETF Trust | | | | | Buy | 8/9/12 | L | | |
| 871. | | | | | Buy (add'l) | 8/17/12 | K | | |
| 872. | | | | | Buy (add'l) | 8/29/12 | L | | |
| 873. | | | | | Buy (add'l) | 9/17/12 | J | | |
| 874. | | | | | Buy (add'l) | 9/26/12 | J | | |
| 875. | | | | | Buy (add'l) | 10/2/12 | K | | |
| 876. | | | | | Buy (add'l) | 11/9/12 | J | | |
| 877.   --JPMorgan Intl Value Fd-Select (X) | | | | | | | | | |
| 878.   --MFS Intl Value Fd-I | | | | | Buy | 8/7/12 | K | | |
| 879. | | | | | Buy (add'l) | 9/17/12 | K | | |
| 880. | | | | | Buy (add'l) | 10/4/12 | K | | |
| 881.   --RS Intl Growth Fd (X) | | | | | | | | | |
| 882.   --Vanguard MSCI Europe ETF (VGK) | | | | | Buy | 9/18/12 | K | | |
| 883.   --iShares MSCI All Country Asia Ex Jpn (AAXJ) | | | | | Buy | 6/26/12 | K | | |
| 884. | | | | | Buy (add'l) | 8/29/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 885.  --AIM Invt Balanced Risk All Y Fd | | | | | Buy | 7/5/12 | K | | |
| 886. | | | | | Buy (add'l) | 12/11/12 | J | | |
| 887.  --Arbitrage Funds-I CL I (ARBNX) | | | | | Buy | 10/4/12 | K | | |
| 888. | | | | | Buy (add'l) | 12/20/12 | J | | |
| 889.  --Doubleline Total Return BD I | | | | | Buy | 6/8/12 | K | | |
| 890. | | | | | Buy (add'l) | 9/17/12 | J | | |
| 891.  --JPMorgan Short Term Intermediate Muni Bond-Select | | | | | Buy | 6/8/12 | K | | |
| 892. | | | | | Buy (add'l) | 9/17/12 | J | | |
| 893.  --JPMorgan Realty Income Fd-INSTL (URTLX) | | | | | Buy | 10/4/12 | K | | |
| 894. | | | | | Buy (add'l) | 12/14/12 | J | | |
| 895.  Trust #8 | E | Dividend | O | T | | | | | |
| 896.  --Allstate (common) | | | | | | | | | |
| 897.  --American Electric Power (common) | | | | | | | | | |
| 898.  --Anadarko Petroleum (common) | | | | | | | | | |
| 899.  --AT&T (common) | | | | | | | | | |
| 900.  --Bank of America (common) | | | | | | | | | |
| 901.  --Beam, Inc. (common) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 57 of 120

Name of Person Reporting

Tharp, John J.

Date of Report

05/14/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 902. --Blackrock Global Allocation C | | | | | | | | | |
| 903. --BP Amoco (ADR) | | | | | | | | | |
| 904. --Conoco Phillips (common) | | | | | | | | | |
| 905. --Dow Chemical (common) | | | | | | | | | |
| 906. --Duke Energy (common) | | | | | | | | | |
| 907. --DuPont (common) | | | | | | | | | |
| 908. --Exelon (common) | | | | | | | | | |
| 909. --Exxon (common) | | | | | | | | | |
| 910. --Fortune Brands Home & Security (common) | | | | | | | | | |
| 911. --Heinz (common) | | | | | | | | | |
| 912. --Hershey (common) | | | | | | | | | |
| 913. --Ivy Asset Strategy | | | | | Buy (add'l) | 2/10/12 | K | | |
| 914. --JP Morgan Chase Cash Accounts | | | | | | | | | |
| 915. --Lincoln National Group (common) | | | | | | | | | |
| 916. --Merck (common) | | | | | | | | | |
| 917. --Monsanto (common) | | | | | | | | | |
| 918. --Pfizer (common) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Date of Report

Page 58 of 120

Tharp, John J.

05/14/2013

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 919. --Phillips 66 (common) | | | | | | | | | |
| 920. --Spectra Energy (common) | | | | | | | | | |
| 921. --Walgreen's (common) | | | | | | | | | |
| 922. Trust #9 | D | Dividend | M | T | | | | | |
| 923. --3-M (common) | | | | | | | | | |
| 924. --Allstate (common) | | | | | | | | | |
| 925. --Bank of America (common) | | | | | | | | | |
| 926. --Dow Chemical (common) | | | | | | | | | |
| 927. --Exelon (common) | | | | | | | | | |
| 928. --Exxon (common) | | | | | | | | | |
| 929. --IBM (common) | | | | | | | | | |
| 930. --JP Morgan Chase (common) | | | | | | | | | |
| 931. --JP Morgan Chase Cash Account | | | | | | | | | |
| 932. --Lincoln National Corp. (common) | | | | | | | | | |
| 933. --Pfizer (common) | | | | | | | | | |
| 934. --Sherwin Williams (common) | | | | | | | | | |
| 935. Trust #10 | E | Dividend | O | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 936. --3-M (common) | | | | | | | | | |
| 937. --Exxon Mobil (common) | | | | | | | | | |
| 938. --McDonald's (common) | | | | | | | | | |
| 939. --JP Morgan Chase Cash Account | | | | | | | | | |
| 940. Trust #11 | B | Int./Div. | M | T | | | | | |
| 941. --JP Morgan Chase Cash Account | | | | | | | | | |
| 942. --25% of Moles Family Partnership | | | | | | | | | |
| 943. ----Accentrue PLC Ireland | | | | | Sold | 2/27/12 | J | A | |
| 944. ----ACE Ltd. (common) (Y) | | | | | | | | | |
| 945. ----Aetna inc. (common) (Y) | | | | | | | | | |
| 946. ----Agrium Inc. (common) (Y) | | | | | | | | | |
| 947. ----Air Products & Chemicals Inc. (common) (Y) | | | | | | | | | |
| 948. ----Alcon Inc. (common) (Y) | | | | | | | | | |
| 949. ----Allergan Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 950. ----Altria Group Inc. (common) | | | | | Sold | 07/16/12 | J | B | |
| 951. ----Amazon.com Inc. (common) | | | | | Sold | 06/08/12 | J | B | |
| 952. ----Ameriprise Financial Inc. (common) (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 953.  ----Anadarko Petroleum Corp. (common) | | | | | Sold | 07/16/12 | J | A | |
| 954.  ----Apple Inc. (common) | | | | | Sold (part) | 3/6/12 | J | B | |
| 955. | | | | | Sold (part) | 06/18/12 | J | C | |
| 956. | | | | | Sold (part) | 07/16/12 | K | D | |
| 957.  ----Arcelormittal-NY Registered (Y) | | | | | | | | | |
| 958.  ----Archer-Daniels-Midland Co. (common) (Y) | | | | | | | | | |
| 959.  ----Astrazeneca PLC (common) | | | | | Sold | 07/16/12 | J | A | |
| 960.  ----AT&T Inc. (common) | | | | | Sold | 07/16/12 | J | A | |
| 961.  ----Bank of America Corp. (common) (Y) | | | | | | | | | |
| 962.  ----BB&T Corp. (common) (Y) | | | | | | | | | |
| 963.  ----Bernstein Tax-Managed Int'l Portfolio | | | | | Sold | 07/16/12 | M | A | |
| 964.  ----Berstein Emerging Markets Portfolio | | | | | Sold | 07/16/12 | K | D | |
| 965.  ----Borg Warner Automotive (common) (Y) | | | | | | | | | |
| 966.  ----Borg Warner Inc.(common) | | | | | Sold (part) | 4/20/12 | J | A | |
| 967. | | | | | Sold | 07/16/12 | J | A | |
| 968.  ----BP PLC (Sponsored ADR) | | | | | Sold | 07/16/12 | J | A | |
| 969.  ----Broadcom Corp. (common) | | | | | Sold (part) | 4/26/12 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A –$1,000 or less | B –$1,001 - $2,500 | C –$2,501 - $5,000 | D –$5,001 - $15,000 | E –$15,001 - $50,000 |
| | F –$50,001 - $100,000 | G –$100,001 - $1,000,000 | H1 –$1,000,001 - $5,000,000 | H2 –More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J –$15,000 or less | K –$15,001 - $50,000 | L –$50,001 - $100,000 | M –$100,001 - $250,000 | |
| | N –$250,001 - $500,000 | O –$500,001 - $1,000,000 | P1 –$1,000,001 - $5,000,000 | P2 –$5,000,001 - $25,000,000 | |
| | P3 –$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q –Appraisal | R –Cost (Real Estate Only) | S –Assessment | T –Cash Market | |
| | U –Book Value | V –Other | W –Estimated | | |